**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6903**

---

COMMONWEALTH OF VIRGINIA,

        Plaintiff - Appellee,

    v.

LOIS ABA YANKAH,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cr-00059-DJN-1)

---

Submitted:  July 31, 2024                       Decided:  August 9, 2024

---

Before NIEMEYER and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Lois A. Yankah, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lois Yankah appeals the district court's orders remanding to state court Yankah's criminal proceedings, which Yankah attempted to remove to federal court pursuant to 28 U.S.C. § 1443(1), and denying Yankah's post-remand motions. We have reviewed the record on appeal and discern no error in the court's rulings. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*